BEFORE THE FIRST DIVISION, APRIL 8, 1964

**No. 68419.**—Flare Import Corp. et al. *v.* United States, protests 325678–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of glass or plastic articles similar in all material respects to those the subject of Abstracts 64185 and 67488, respectively, the claim of the plaintiffs was sustained.